ERIC GRANT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff

**FILED**

**Apr 14, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:

INFORMATION ASSOCIATED WITH THE
CELLULAR DEVICE ASSIGNED CALL
NUMBER 916-491-0215, THAT IS STORED
AT PREMISES CONTROLLED BY AT&T

CASE NO. 2:24-SW-0445 JDP

[PROPOSED] ORDER GRANTING MOTION TO
DISCLOSE SEALED SEARCH WARRANT

Having considered the United States' Motion to Disclose Sealed Search Warrant, it is hereby

ORDERED that the search warrant and all accompanying documents are hereby unsealed.

DATED:  April 14, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE